JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA D. M.,<br><br>                  Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,[1]<br><br>              Defendant. | Case No. 8:20-cv-01933 KES<br><br>JUDGMENT |

    IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Acting Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

DATED:  February 4, 2022

_Karen E. Scott_
KAREN E. SCOTT
United States Magistrate Judge

---

    [1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021.  Pursuant to Federal Rule of Civil Procedure 25(d), Kilolo Kijakazi is automatically substituted for Andrew M. Saul as the defendant in this suit.